UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HIMANSHU SHARMA, SHIVRAJ JOSHI, UDDIN KAZI MOHAMMAD, RAY BIDYUTH, SONYA MESSAILI, and TEKRAJ CHUDAL, on behalf of themselves and others similarly situated,

    Plaintiffs,

v.

TRIBECA RESTAURANT LLC d/b/a BENARES, BENARES INDIAN RESTAURANT LLC d/b/a BENARES, SJG FOODS LLC d/b/a BENARES, AANGAN INDIAN RESTAURANT INC. d/b/a AANGAN, RANJIT K. SINGH, and INDER SINGH a/k/a NITU SINGH,

    Defendants.

17 CV 6413 (KBF)

Judgment (KBF)

    The Court having reviewed the acceptance of three offers of judgment served by Defendants Tribeca Restaurant LLC d/b/a Benares, Benares Indian Restaurant LLC d/b/a Benares, SJG Foods LLC d/b/a Benares, Aangan Indian Restaurant Inc. d/b/a Aangan, Ranjit K. Singh, and Inder Singh a/k/a Nitu Singh upon Plaintiffs Uddin Kazi Mohammad, Sonya Messaili, and Tekraj Chudal, hereby orders that judgment be entered accordingly:

    Plaintiff Uddin Kazi Mohammad shall recover Thirty-Nine Thousand Three Hundred and Ten Dollars ($39,310.00) from Defendants Tribeca Restaurant LLC d/b/a Benares, Benares Indian Restaurant LLC d/b/a Benares, SJG Foods LLC d/b/a Benares, Aangan Indian Restaurant Inc. d/b/a Aangan, Ranjit K. Singh, and Inder Singh a/k/a Nitu Singh, jointly and severally;

    Plaintiff Sonya Messaili shall recover Thirteen Thousand and Seventy Dollars ($13,070.00) from Defendants Tribeca Restaurant LLC d/b/a Benares, Benares Indian Restaurant LLC d/b/a Benares, SJG Foods LLC d/b/a Benares, Aangan Indian Restaurant Inc. d/b/a Aangan, Ranjit K. Singh, and Inder Singh a/k/a Nitu Singh, jointly and severally; and

    Plaintiff Tekraj Chudal shall recover Seventeen Thousand and Seventy Dollars ($17,070). from Defendants Tribeca Restaurant LLC d/b/a Benares, Benares Indian Restaurant LLC d/b/a Benares, SJG Foods LLC d/b/a Benares, Aangan Indian Restaurant Inc. d/b/a Aangan, Ranjit K. Singh, and Inder Singh a/k/a Nitu Singh, jointly and severally.

    Of the aggregate of the aforementioned amount totalling $69,450, Plaintiffs' counsel, Joseph & Kirschenbaum LLP, shall be allocated Twenty Three Thousand One Hundred and Fifty Dollars ($23,150) as attorneys' fees.

The clerk of the Court is directed file Judgment against all Defendants and on behalf of Plaintiffs as set forth above.

Dated: New York, New York
_____5/1_____, 2018

SO ORDERED

_____/s/ KB_____

Hon. Katherine B. Forrest (U.S.D.J.)