**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
HIMANSHU SHARMA, SHIVRAJ JOSHI,
UDDIN KAZI MOHAMMAD, RAY BIDYUTH,
SONYA MESSAILI, and TEKRAJ CHUDAL,
on behalf of themselves and others similarly
situated,

                     Plaintiffs,

-v-

TRIBECA RESTAURANT LLC d/b/a
BENARES, BENARES INDIAN RESTAURANT
LLC d/b/a BENARES, SJG FOODS LLC d/b/a
BENARES, AANGAN INDIAN RESTAURANT
INC. d/b/a AANGAN, RANJIT K. SINGH, and
INDER SINGH a/k/a NITU SINGH,
                     Defendants.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/30/18
```

17 **CIVIL** 6413 (KBF)

**RULE 68 JUDGMENT**

It is hereby **ORDERED, ADJUDGED, AND DECREED**, that for the reasons stated in the Court's Memorandum Decision & Order dated July 27, 2018, the Court APPROVES the Accepted Offers at ECF Nos. 59, 60, 62, and 63 and judgment is entered in favor of plaintiff Augustine Gomez as against defendants Tribeca Restaurant LLC d/b/a Benares, Benares Indian Restaurant LLC d/b/a Benares, SJG Foods LLC d/b/a Benares, Aangan Indian Restaurant Inc. d/b/a Aangan, Ranjit K. Singh, and Inder Singh a/k/a Nitu Singh ("Defendants"), in the total amount of seventy five thousand dollars ($75,000.00), inclusive of all claims, wages, tips, overtime, damages, liquidated damages, interest, attorney's fees, costs and expenses. Counsel for the Accepting Plaintiffs is to receive one-third of the combined recovery (after costs), with a proportionate amount deducted from each of the Accepting Plaintiffs. The Accepting Plaintiffs shall receive the remainder; accordingly, the case is closed.

**Dated:** New York, New York
          July 30, 2018

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                             **BY:**

                                                      */s/ K. Mango*
                                                      **Deputy Clerk**